UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                              Plaintiff,

              -against-

    N.Y.P.D., *et al.*,

                              Defendants.

20-CV-2352 (CM)

CIVIL JUDGMENT

Pursuant to the order issued April 13, 2020, denying Plaintiff's request to proceed *in forma pauperis* (IFP) and her motion for leave to file this action,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's request to proceed IFP and her motion for leave to file this action are denied.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to receive electronic service of Court filings. (ECF No. 4.)

SO ORDERED.

Dated:    April 13, 2020
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge